**Daniel ORIAKHI, Petitioner— Appellant,**

v.

**Eric WILSON, Warden, Respondent— Appellee.**

**No. 12–6611.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2012.

Decided: June 1, 2012.

Daniel Oriakhi, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Oriakhi, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Oriakhi v. Wilson*, No. 1:12–cv–00229–LO–IDD (E.D. Va. filed Mar. 27 & entered Mar. 28, 2012). We deny Oriakhi's motion for appointment of counsel and deny his motion to stay as moot. We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*